# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **M.B.,** *A MINOR*, | : | |
| *Plaintiff,* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **SCHUYLKILL COUNTY et al.,** | : | **No. 18-756** |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 24th day of April, 2019, upon consideration of non-party J.W.'s Motion for Protective Order (Doc. No. 57), the responses thereto (Doc. Nos. 60, 61, and 62), Plaintiff M.B.'s Motion to Compel Production (Doc. No. 64), the response thereto (Doc. No. 65), and the parties' Status Report (Doc. No. 76), it is **ORDERED** that, as described in the Court's April 24, 2019 Memorandum:

1. J.W.'s Motion for Protective Order (Doc. No. 57) is **GRANTED**;

2. M.B.'s Motion to Compel Production (Doc. No. 64) is **GRANTED**; and

3. Enforcement of this Order shall be **STAYED** for fourteen (14) days to allow the parties and J.W. to submit proposed revisions to the protective order currently in place. *See* Doc. No. 33.[1]

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] The Court directs the parties and J.W. to prepare a joint proposed revised protective order. If the parties and J.W. are unable to craft a joint proposal, they may submit individual proposals if absolutely necessary.