## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M.B., A MINOR, BY AND THROUGH JAMES | : | CIVIL ACTION |
| ROCCO, III, ESQUIRE, HER *GUARDIAN AD LITEM* | : | |
| MINOR-PLAINTIFF, | : | |
| v. | : | NO. 2:18-CV-00756-GEKP |
| | : | |
| SCHUYLKILL COUNTY, ET AL. | : | |
| | : | |
| DEFENDANTS. | : | |

## ORDER

AND NOW, this $\underline{28th}$ day of $\underline{May}$ , 2019, upon the submission of the

parties and with the express understanding and agreement by Jenna Kraycer-Tuzze (counsel for

former Defendants, Catholic Social Services of the Diocese of Scranton, Inc. and Geneva

Mathuse, (hereinafter collectively referred to as the "CSS")), and J.W.'s Guardian *Ad Litem*, Seth

Weber, Esquire, the Court finds as follows:

1.     J.W. is a minor and may not have a recollection or understanding of documents

that may involve him;

2.     As a result, it is necessary for J.W.'s Guardian *Ad Litem* to be provided an

opportunity to review any records related to J.W. for the purposes of representing J.W.'s interests

including representing, in particular, any interests J.W. may have related to the materials in

possession of CSS; and

3.     CSS has already provided J.W.-related records to Mr. Weber pursuant to his

services as J.W.'s Guardian *Ad Litem*.

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

1.     The guardian *ad litem* shall review any documents already provided to him by counsel for CSS for the sole purpose of determining what, if any, action the guardian *ad litem* wishes to take with respect to the interests of J.W;

2.     Upon the completion of the guardian *ad litem*'s review of the CSS documents, he will provide instructions to counsel for CSS as to what, if any, redactions that should be made in accordance with the Court's April 24, 2019 Memorandum (Doc. No. 79);

3.     Following the guardian *ad litem's* review and after any redactions that CSS is directed to make to its documents, such documents should be produced to all parties to this matter;

4.     All parties will handle such documents in accordance with the Court's May 10, 2019 Amended Protective Order (Doc. No. 84);

5.     J.W.'s Guardian *Ad Litem* will maintain a detailed privilege log with regard to any redacted materials;

6.     J.W.'s Guardian *Ad Litem* will provide redacted materials to the Court for *in camera* review should there be a redaction challenge; and

7.     No person or party may be deemed to have violated any state or federal law or regulation as a result of proceeding under this order.

BY THE COURT:

Gene E.K. Pratter
United States District Judge

2